

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00168-CV

_____

M.B., INDIVIDUALLY AND AS NEXT FRIEND OF I.C., Appellant

V.

S.C. AND SPIRIT OF ST. LOUIS OUTLETS, GP, LLC, Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-285252-16

Before Sudderth, C.J.; Gabriel and Birdwell, JJ.
Per Curiam Memorandum Opinion and Order on Rehearing

**MEMORANDUM OPINION AND ORDER ON REHEARING**

On June 27, 2019, we issued a memorandum opinion denying appellant M.B., individually and as next friend of I.C.'s, (Mother) petition for permissive appeal. Mother timely filed a motion for rehearing. After requesting and receiving a response to that motion, we grant Mother's motion for rehearing, withdraw our June 27, 2019 opinion, and substitute the following in its place.

Mother filed a petition for permissive appeal seeking interlocutory review of the trial court's order granting appellee S.C.'s (Father) plea to the jurisdiction. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d), (f). We grant the petition. *See id.* § 51.014(f). Mother's notice of appeal is deemed filed today. *See id.*; Tex. R. App. P. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.1, 28.3(k). Appellant must file a copy of this order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

The clerk's record and reporter's record are due on or before Monday, September 30, 2019. *See* Tex. R. App. P. 4.1(a), 26.1(b), 28.3(k), 35.1(b).

Mother's brief will be due twenty days after the appellate record is filed, and Father's brief will be due twenty days after Mother files her brief. *See* Tex. R. App. P. 38.6(a)–(b).

The clerk of this court is directed to transmit a copy of this memorandum opinion and order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

Per Curiam

Delivered:  September 19, 2019